IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| QUADRAY HOBBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-001 |
| | ) | |
| WHEELER CORRECTIONAL FACILITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 11.) The Magistrate Judge recommended dismissing the case without prejudice because Plaintiff provided dishonest information about his prior filing history and failed to state a claim upon which relief may granted. (Doc. no. 9.) Plaintiff does not dispute he filed the undisclosed cases identified by the Magistrate Judge but instead offers excuses that ring hollow. (Doc. no. 11, p. 1.)

Moreover, even if Plaintiff had not been dishonest about his prior filing history, as the Magistrate Judge also explained, the case is subject to dismissal because Plaintiff fails to state a claim upon which relief may be granted. (Doc. no. 9, pp. 5-8.) Plaintiff does not provide any information to undermine the analysis on this point. Wheeler Correctional Facility is not an entity that can be sued, and neither Plaintiff's complaint, nor his objections, put any particular individual on notice of alleged wrongdoing.

Accordingly, the Court **OVERRULES** all objections and **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** this action without prejudice and **CLOSES** this civil action.

SO ORDERED this 31st day of March, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE