IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION



| | |
|---|---|
| QUADRAY HOBBS | ) |
| | ) |
|    Plaintiff- Appellant, | ) |
| | ) CASE NO.   3:23-cv-1 |
| v. | ) |
| | ) Appeal No. 23-11244-C |
| WHEELER CORRECTIONAL FACILITY, | ) |
| | ) |
|    Defendants - Appellees. | ) |
| | ) |

O R D E R

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED**, this ___19th___ day of May, 2023.

_____
HONORABLE DUDLEY H. BOWEN, JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA